1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 545 East Alluvial, Suite 112
Fresno, California 93720
3 | Telephone (559) 449-9069
Facsimile (559) 449-9016
4 |
5 | Attorney for Defendant,
JEFFERY CYGAN
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10 |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:10-mj-00062-MJS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO MODIFY |
| ) | MOTION SCHEDULE; |
| vs. ) | ORDER THEREON |
| ) | |
| ) | |
| JEFFERY CYGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto that the Motion Hearing currently set for **September 29, 2010 at 10:00 a.m.**, in the above captioned matter be continued to **November 3, 2010 at 10:00 a.m.**  The parties further request that a new motions schedule be set as follows:

      Filing:          October 4, 2010

      Opposition:   October 22, 2010

      Reply:          October 29, 2010

///

///

///

This request is being made to allow defense to complete further investigation and to obtain transcripts.

Dated: September 1, 2010           By:  /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for
                                        JEFFERY CYGAN

Dated: September 1, 2010           By:  /s/ Susan St. Vincent
                                        SUSAN ST. VINCENT
                                        Legal Officer
                                        National Park Service

## ORDER

The Court, having reviewed the above request for a Modification to the Motion to Suppress Schedule, HEREBY ORDERS AS FOLLOWS:

1. The Motion to Suppress will be filed by October 4, 2010.
2. The Opposition will be filed by October 22, 2010.
3. The Reply will be filed by October 29, 2010.
4. The Motion Hearing will be held on November 3, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 3, 2010           /s/ Michael J. Seng
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY
MOTION SCHEDULE;
[PROPOSED] ORDER THEREON                    2