1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0243

5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES GOVERNMENT,      )   CASE: 6:10-MJ-00062-MJS
9                                 )
            Plaintiff,            )
10                                )   STIPULATION TO CONTINUE
       vs.                        )   AND MODIFY MOTION SCHEDULE;
11                                )   AND ORDER THEREON
                                  )
12 JEFFERY CYGAN,                 )
                                  )
13          Defendant.            )   Court: U.S. Magistrate
                                  )   Judge: Honorable Michael J. Seng
14 _____)

15
       IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal
16
   officer for the National Park Service, Defendant, Jeffery Cygan, and his attorney of record, Carol
17
   Moses, that the Motion hearing currently scheduled for November 3, 2010 at 10:00 a.m., in the
18
   above-captioned matter, be continued to December 22, 2010 at 10:00 a.m.  The new motion
19
   scheduled would be set as follows:
20
       Opposition:    December 9, 2010
21
       Reply:         December 17, 2010
22

23
   Dated: October 22, 2010            /s/ Susan St. Vincent
24                                    Susan St. Vincent
                                      Acting Legal Officer for
25                                    National Park Service

26

27
   Dated: October 22, 2010            /s/ Carol Moses
28                                    Carol Moses
                                      Attorney for
                                      Jeffery Cygan

                                      1

* * * ORDER * * *

The Court, having reviewed the above request to continue the Motion to Suppress, HEREBY ORDERS AS FOLLOWS:

1. The Motion to Suppress hearing is continued to December 22, 2010 at 10:00 a.m.
2. The Government's Opposition to Defendant's Motion is due December 9, 2010.
3. The Defendant's Reply to the Government's Opposition is due December 17, 2010.

IT IS SO ORDERED.

Dated:   October 25, 2010           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE