1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0243

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES GOVERNMENT,    )    CASE: 6:10-MJ-0062-YNP
                                )
12         Plaintiff,            )
                                )    STIPULATION TO VACATE
13    vs.                        )    HEARING DATE AND EXTEND
                                )    TIME FOR GOVERNMENT TO
14 JEFFREY L. CYGAN,            )    FILE OPPOSITION; AND
                                )    ORDER THEREON
15         Defendant.            )
                                )
16                               )    Court: U.S. Magistrate
                                )    Judge: Honorable Michael J. Seng
17                               )

18

19       IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

20 officer for the National Park Service, Defendant, Jeffrey L. Cygan, and his attorney of record,

21 Carol Ann Moses, that the motion hearing in the above-captioned matter currently scheduled for

22 December 22, 2010 be vacated.  And, as the transcripts of testimony in the DMV hearing relied

23 upon by Defendant in his motion only became available to the government on Monday,

24 December 6, 2010, it is hereby stipulated by the parties that the date for the government's

25 opposition be extended to December 20, 2010.  The time for defendant's reply would be

26 extended to December 27, 2010.

27 //

28

                                        1

Dated: December 9, 2010          /s/ Susan St. Vincent
                                 Susan St. Vincent
                                 Acting Legal Officer for
                                 National Park Service

Dated: December 9, 2010          /s/ Carol Ann Moses
                                 Carol Ann Moses
                                 Attorney for
                                 Jeffrey L. Cygan

* * * ORDER * * *

The Court, having reviewed the above request to vacate the hearing date, now set for December 22, 2010, and extend time for the Government to file an opposition to December 20, 2010, HEREBY ORDERS as follows:

1. The motion hearing set for December 22, 2010, is vacated.

2. The Government's Opposition to Defendant's Motion to Suppress is now due December 20, 2010.

3. The Defendant's Reply to Government's Opposition is now due December 27, 2010.

4. The motion hearing previously set for December 22, 2010, is continued to **January 19, 2011 at 1:30 PM** before Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   December 9, 2010          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE